In the Matter of JOHN M. WEISS et al., Respondents, against ALFRED B. JONES et al., Constituting the New York City Tunnel Authority, Appellants.

Argued April 27, 1937; decided May 25, 1937.

*Paul Windels, Corporation Counsel (Arthur Bainbridge Hoff, Paxton Blair* and *Willard M. L. Robinson* of counsel), for appellants.

*Maurice Weiss* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.